IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02532-REB-MEH

JANOS TOEVS,

      Plaintiff,

v.

KEVIN MILYARD, in his official and individual capacities,
ROGER WERHOLZ, CDOC Interim Executive Director, in his official capacity,
TOM CLEMENTS, in his individual capacity,
ARISTEDES ZAVARES, in his official and individual capacities,
CAPTAIN WHITNEY, in his official and individual capacities,
C.O. MERRILL, in his official and individual capacities,
C.O. RALSTON, in his official and individual capacities,
BERANDETTE SCOTT, in her official and individual capacities,
SGT. CHRISTIANS, in his official and individual capacities,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 2, 2013.**

Plaintiff's Motion for Service [filed August 1, 2013; docket #45] is **granted in part and denied in part** as follows.

The Plaintiff's request for service upon the substituted party, Roger Werholz in his official capacity, is granted. The Clerk of the Court shall attempt to obtain a waiver of service from Defendant Werholz. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Mr. Werholz. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

The Plaintiff's request for service upon Defendant Zavares is denied. Pursuant to this Court's July 19, 2013 order, the Plaintiff was directed to file a renewed motion for extension of time to serve Defendant Zavares pursuant to Fed. R. Civ. P. 4(m):

Second, with respect to Mr. Zavares, the Plaintiff is unclear about whether he wishes to sue/serve Mr. Zavares in his official capacity, despite conceding that Mr. Zavares is no longer employed at the CDOC. If Plaintiff wishes to sue/serve Mr. Zavares in

his individual capacity, then Plaintiff fails to identify a "date certain" for the requested extension, which is required under D.C. Colo. LCivR 6.1D. Therefore, Plaintiff's request for an extension of time to serve Mr. Zavares and/or Mr. Clements in their individual capacities is denied without prejudice.

If the Plaintiff still wishes to sue Mr. Clements and/or Mr. Zavares in their individual capacities, he may file a motion for extension of time in accordance with this order **on or before August 2, 2013**. Otherwise, Plaintiff may file a notice of dismissal of these individuals in accordance with Fed. R. Civ. P. 41(a), or the Court will recommend dismissal of these individuals in accordance with Fed. R. Civ. P. 4(m).

July 19, 2013 Minute Order, docket #43 (emphasis in original).