IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02532-REB-MEH

JANOS TOEVS,

    Plaintiff,

v.

KEVIN MILYARD, in his official and individual capacities,
RICK RAEMISCH, CDOC Executive Director, in his official capacity,
ARISTEDES ZAVARES, in his official and individual capacities,
CAPTAIN WHITNEY, in his official and individual capacities,
C.O. MERRILL, in his official and individual capacities,
C.O. RALSTON, in his official and individual capacities,
BERANDETTE SCOTT, in her official and individual capacities,
SGT. CHRISTIANS, in his official and individual capacities,

    Defendants.

_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is Defendant Rick Raemisch's Motion to Dismiss or Motion for Summary Judgment [filed August 26, 2013; docket #53]. Pursuant to 28 U.S.C. § 636(b)(1)(B) and D.C. Colo. LCivR 72.1C, the motion was referred to this Court for recommendation. (Docket #54.) On August 13, 2013, the Court substituted Rick Raemisch as a Defendant in this matter in his official capacity when he was named Executive Director for the CDOC. (*See* docket #50.) In the present motion, Defendant Raemisch seeks only to join in the Motion to Dismiss or Motion for Summary Judgment filed by all Defendants except Mr. Clements in his individual capacity and Mr. Zavares on May 24, 2013 (docket #21). At the Court's direction, Plaintiff filed a response to the present motion ("Response") asserting the same arguments presented in response to the

original Motion to Dismiss or Motion for Summary Judgment. (Docket #56.) Because the arguments presented by both the Plaintiff and Defendant Raemisch in the present motion and briefing are exactly the same as those presented in the original motion and briefing, the Court recommends that the District Court apply this Court's previous recommendation issued August 1, 2013 (docket #44) to the Plaintiff's claims against Defendant Raemisch in his official capacity. In that Recommendation, as in this Recommendation, the Court finds that, to the extent the Plaintiff is suing Defendant Raemisch in his official capacity, the Court lacks subject matter jurisdiction to hear Plaintiff's claims for monetary damages, but has jurisdiction to hear Plaintiff's claims for prospective injunctive relief. However, with respect to the official-capacity claims for injunctive relief and the individual-capacity claims, the Court finds that Plaintiff has failed to exhaust his administrative remedies for his remaining Claims One and Three.

Accordingly, the Court respectfully RECOMMENDS that Rick Raemisch's Motion to Dismiss or Motion for Summary Judgment [filed August 26, 2013; docket #53] be **granted**.[1]

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. FED. R. CIV. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *In re Garcia*, 347 F. App'x 381, 382-83 (10th Cir. 2009).

Dated and entered at Denver, Colorado, this 10th day of October, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge